**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Frazier Ray Singleton, Appellant.

Appellate Case No. 2020-000131

———————

Appeal From Sumter County
R. Ferrell Cothran, Jr., Circuit Court Judge

———————

Unpublished Opinion No. 2022-UP-188
Submitted March 1, 2022 – Filed May 11, 2022

———————

**APPEAL DISMISSED**

———————

Appellate Defender Victor R. Seeger, of Columbia, for Appellant.

Matthew C. Buchanan, of South Carolina Department of Probation, Parole and Pardon Services, of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**GEATHERS and HILL, JJ., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.